IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER,

   Plaintiff,      No. 2:12-cv-0589 EFB P

  vs.

EPP, et al.,

   Defendants.    <u>ORDER</u>

_____/

   Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

   Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

////

////

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2    the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3    the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5    pauperis application upon the Director of the California Department of Corrections and

6    Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8    DATED:  September 5, 2012.

9    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE